IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,          )
                                   )
                Plaintiff,         )          8:09CV174
                                   )
        v.                         )
                                   )
2006 FLEETWOOD ENTERPRISES         )          ORDER
PROVIDENCE 39' Recreational        )
Vehicle VIN 4VBN1M946C051841,      )
                                   )
                Defendant.         )
_____  )

        This matter is before the Court on the joint status report and consent motion to continue stay (Filing No. 15). Pursuant thereto,

        IT IS ORDERED that the stay is continued.  The parties shall file a status report on or before May 17, 2010.

        DATED this 22nd day of January, 2010.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court