IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )         8:09CV174
                               )
      v.                       )
                               )
2006 FLEETWOOD ENTERPRISES     )         ORDER
PROVIDENCE 39' RECREATIONAL    )
VEHICLE, VIN 4VBN1M946C051841,)
                               )
            Defendant.         )
_____)
```

This matter is before the Court on the joint status report and consent motion to continue stay (Filing No. 17). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the action is continued. The parties shall file a written status report on or before September 15, 2010.

DATED this 3rd day of June, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court