IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
             Plaintiff,        )         8:09CV174
                               )
      v.                       )
                               )
2006 FLEETWOOD ENTERPRISES     )         ORDER
PROVIDENCE 39' RECREATIONAL    )
VEHICLE, VIN 4VBN1M946C051841,)
                               )
             Defendant.        )
_____)
```

This matter is before the Court on plaintiff's motion to extend time to file a status report (Filing No. 19).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted.  The parties shall have until October 15, 2010, to file a written status report in this matter.

DATED this 24th day of September, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court